Jason M. Kerr
Nevada State Bar No. 7773
Email: jasonkerr@ppktrial.com
PRICE, PARKINSON & KERR
5742 W. Harold Gatty Drive
Salt Lake City, Utah 84116
Tel: 801-517-7088
Fax: 801-530-2932

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EIGHT IP, LLC, a Delaware limited liability company;<br><br>         Plaintiff,<br><br>v.<br><br>ELEMENT NUTRITION, INC, an Ontario Canada corporation, CANACCORD GENUITY CORP., an Ontario Canada corporation, and STUART LOWTHER, an individual;<br><br>         Defendants. | **[PROPOSED] ORDER ON MOTION FOR TO EXTEND TIME TO SERVE DEFENDANT STUART LOWTHER**<br><br>Case No. 2:23-cv-01385<br><br>Judge: Richard F. Boulware |

**ORDER**

The Court, having reviewed Plaintiff's Motion for Additional Time to Serve Defendant Stuart Lowther, (the "Motion"), being duly advised and upon good cause shown, hereby **GRANTS** Plaintiff's Motion.  Plaintiff shall have an additional ninety days to serve Defendant with a Summons and Complaint in this matter from the date of this Order.

ORDERED  this  6th  day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Order on Motion to Extend Time to Serve Defendant Stuart Lowther

1